```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 12593
   MARIA CASTILLO
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-5032


-----------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 05/16/08 .

   2.  The case was dismissed without confirmation, 09/12/2008.

   3.  The Debtor paid a total of $   1020.00 .

   4.  The Trustee made disbursements to creditors as follows:


-----------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
-----------------------------------------------------------------------
AMERICAS SERVICING CO    CURRENT MORTG         .00            .00           .00
AMERICAS SERVICING CO    MORTGAGE ARRE   NOT FILED            .00           .00
WILL COUNTY TREASURER    SECURED         NOT FILED            .00           .00
ASPIRE VISA              UNSECURED       NOT FILED            .00           .00
ASSOCIATED ANESTHESIOLOG UNSECURED       NOT FILED            .00           .00
CAPITAL ONE BANK         UNSECURED       NOT FILED            .00           .00
DENTAL ARTS LAB          UNSECURED       NOT FILED            .00           .00
EMC MORTGAGE CORP        UNSECURED       NOT FILED            .00           .00
KOHLS                    UNSECURED       NOT FILED            .00           .00
MENARDS/HRS              UNSECURED       NOT FILED            .00           .00
NICOR GAS                UNSECURED       NOT FILED            .00           .00
SILVER CROSS HOSPITAL    UNSECURED       NOT FILED            .00           .00
T MOBILE                 UNSECURED       NOT FILED            .00           .00
TARGET                   UNSECURED       NOT FILED            .00           .00
         Summary of disbursements:
-----------------------------------------------------------------------
                     SECURED     PRIORITY    UNSECURED      OTHER         TOTAL
-----------------------------------------------------------------------
TOTAL CLMS ALLOWED       .00         .00          .00         .00           .00
PRINCIPAL PAID           .00         .00          .00         .00           .00
INTEREST PAID            .00         .00          .00         .00           .00
TOTAL PAID               .00         .00          .00         .00           .00
The Debtor's attorney, PATRICK A MESZAROS              , was allowed $   3500.00
and was paid $    725.00  direct and $    960.84  through the plan.

The Trustee received $       59.16 .

Refunds to the Debtor totaled $         .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
```

in this case.


Dated: 12/17/08                         /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE




                            PAGE   2
     CASE NO. 08 B 12593 MARIA CASTILLO